| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 1. A toothbrush comprising a brush head that includes:  |  |
| a front surface; |  |
| a back surface; |  |
| a plurality of vertical bristles extending upward from the front surface; |  |

| | |
|---|---|
| a capsule receiving zone sized to receive an oral care capsule, the capsule receiving zone including a recess defined in the front surface and arranged to receive at least a portion of an oral care capsule inserted past the vertical bristles; and |   |
| at least one pair of angled capsule retaining elements that are elevated above the recess and configured to retain an oral care capsule in the capsule receiving zone, |  |
| wherein each pair of the at least one pair angled capsule retaining elements includes a first and a second angled capsule retaining element arranged along diametrically opposing sides of an oral care capsule when present in the capsule receiving zone; and |    |

wherein at least a portion of each angled capsule retaining element of the at least one pair of capsule retaining elements is arranged to contact the oral care capsule.









| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 5. The toothbrush of claim 1, wherein each capsule retaining element of the at least one pair of angled capsule retaining elements comprises a retaining element canted away from vertical in a direction toward a center of the capsule receiving zone. |  |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 8. The toothbrush of claim 1, including an oral care capsule retained by the at least one pair of capsule retaining elements in the capsule receiving zone, wherein the oral care capsule comprises one or more of the following: a dentrice composition, a whitening composition, an anticalculus composition, and antibacterial composition, and a breath freshening composition. | "Mini-brushes with Freshening Beads"<br> |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 9. A method comprising loading an oral care capsule into a capsule receiving zone of a toothbrush according to claim 1 by inserting at least a portion of the oral care capsule in a direction past the vertical bristles into the recess, and retaining the oral care capsule in the capsule receiving zone using the at least one pair of angled capsule retaining elements. |   |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 10. A toothbrush comprising a brush head that includes: |  |
| a front surface and a back surface that opposes the front surface; |  |
| a plurality of bristles extending upward from the front surface and arranged distal from a center of the front surface; |  |

| | |
|---|---|
| a capsule receiving zone including a recess defined in the front surface and arranged to receive at least a portion of an oral care capsule insertable past the bristles into the recess; and |  |
| at least three angled capsule retaining elements that are elevated above the recess, are configured to retain an oral care capsule in the capsule receiving zone, and are canted away from vertical in a direction toward a center of the capsule receiving zone, |  |
| wherein each angled capsule retaining element of the at least three angled capsule retaining elements is arranged proximate to a perimeter of the capsule receiving zone at a position at least 108 degrees apart from at least one other angled capsule retaining element of the at least three angled capsule retaining elements relative to a center of the capsule receiving zone; and |  |
| wherein at least a portion of each angled capsule retaining element of the at least three angled capsule retaining elements is arranged to contact the oral care capsule. |   |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 11. The toothbrush of claim 10, wherein the at least three angled capsule retaining elements are arranged between the plurality of bristles and a center of the capsule receiving zone. |  |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 13. The toothbrush of claim 10, including an oral care capsule retained by the at least three capsule retaining elements in the capsule receiving zone, |  |
| wherein the oral care capsule comprises one or more of the following: a dentrifice composition, a whitening composition, an anticalculus composition, and antibacterial composition, and a breath freshening composition. | "Mini-brushes with Freshening Beads"<br> |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 14. A method comprising loading an oral care capsule into a capsule receiving zone of a toothbrush according to claim 10 by inserting at least a portion of the oral care capsule in a direction past the bristles into the recess, and retaining the oral care capsule in the capsule receiving zone using the at least three angled capsule retaining elements. |  |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 15. The toothbrush of claim 1, wherein the at least one pair of angled capsule retaining elements comprises multiple pairs of angled capsule retaining elements. |  |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 16. The toothbrush of claim 1, wherein at least a portion of each angled capsule retaining element of the at least one pair of angled capsule retaining elements is arranged to overlap a portion of the recess of the capsule receiving zone. |  |

| US PATENT 8,881,332 | COLGATE WISP |
| --- | --- |
| 17. The toothbrush of claim 10, wherein at least a portion of each angled capsule retaining element of the at least three angled capsule retaining elements is arranged to overlap a portion of the recess of the capsule receiving zone. |  |

| US PATENT 8,881,332 | COLGATE WISP |
|---|---|
| 18. The toothbrush of claim 10, wherein each angled capsule retaining element of the at least three angled capsule retaining elements is arranged proximate to a perimeter of the capsule receiving zone at a position at least 144 degrees apart from at least one other angled capsule retaining element of the at least three angled capsule retaining elements relative to a center of the capsule receiving zone. |  |