IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NOBLE INNOVATIONS NC L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> COLGATE-PALMOLIVE COMPANY, <br> WALMART INC., and <br> TARGET CORPORATION, <br><br> Defendants. | Civil Action No. 8:22-cv-03373-PX |

**REPLY IN SUPPORT OF COLGATE-PALMOLIVE COMPANY'S
MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW**

Pending before this Court is Defendant Colgate-Palmolive Company's ("Colgate") motion to stay this litigation until the outcome of Colgate's *Inter Partes* Review ("IPR") presently before the Patent Trial and Appeal Board ("PTAB") (the "Motion"). On August 10, 2023, Plaintiff Noble Innovations NC L.L.C. ("Noble") filed a response indicating that it did not oppose Colgate's Motion.

On August 16, 2023, counsel for Colgate contacted counsel for Noble to discuss submitting an agreed proposed order granting Colgate's requested stay and sent a draft proposed order for Noble's review. On August 17, 2023, counsel for Colgate and counsel for Noble conferred and agreed to the language of the proposed order. Accordingly, Colgate requests that the Court enter the parties' proposed Agreed Order Granting Colgate's Motion to Stay Proceedings Pending *Inter Partes* Review, which is submitted herewith.

1

Dated: August 18, 2023                                     Respectfully submitted,

                                            */s/ Michael C Wilson*
                                            James P. Ulwick
                                            **KRAMON & GRAHAM., P.A.**
                                            One South Street, Suite 2600
                                            Baltimore, Maryland 21202
                                            (410) 752-6030
                                            julwick@kg-law.com

                                            Michael C. Wilson (*pro hac vice*)
                                            Amy E. LaValle (*pro hac vice*)
                                            **MUNCK WILSON MANDALA, LLP**
                                            600 Banner Place Tower
                                            12770 Coit Road
                                            Dallas, Texas 75251
                                            (972) 628-3600
                                            mwilson@munckwilson.com
                                            alavalle@munckwilson.com

                                            ***Attorneys for Defendant***
                                            ***Colgate-Palmolive Company***

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on August 17, 2023, counsel for Colgate and counsel for Noble conferred and agreed to the language of the proposed Agreed Order Granting Colgate-Palmolive Company's Motion to Stay Proceedings Pending *Inter Partes* Review that is submitted herewith.

Dated:  August 18, 2023                                                      /s/ Michael C Wilson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document, REPLY IN SUPPORT OF COLGATE-PALMOLIVE COMPANY'S MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW, via the Court's CM/ECF system.

Dated:  August 18, 2023                                                      /s/ Michael C Wilson